## WASHINGTON v. FISHER.

Court of Appeals of District of Columbia.
Submitted May 8, 1929. Decided
June 3, 1929.

No. 4890.

W. C. Martin and Geo. E. C. Hayes, both of Washington, D. C., for appellant.

John E. Larson, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. This appeal is from an order of the Supreme Court of the District of Columbia, in probate, overruling a motion to vacate an order approving an executor's account. Appeal will not lie from such an order. Tubman v. B. & O. R. Co., 20 App. D. C. 541; Swenk v. Nicholls, 39 App. D. C. 350; Dante v. Bagby, 39 App. D. C. 516; Doyle v. District of Columbia, 45 App. D. C. 90.

The motion to dismiss the appeal is sustained, with costs.